JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATE1 SERVICES INC, et al., | Case No. 2:20-cv-07681-SB (AGRx) |
| Plaintiffs/Counter-Defendants, | **FINAL JUDGMENT** |
| vs. | |
| FIRST BRIDGE MERCHANT SOLUTIONS, LLC, et al., | |
| Defendants/Counter-Claimants. | |

  For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered this day, it is

  ORDERED AND ADJUDGED that Plaintiffs/Counter-Defendants Innovate1 Services Inc. (Innovate1) and Anthony Nwachukwu shall have and recover from Defendant/Counter-Claimant First Bridge Merchant Solutions, LLC (FBMS) the sum of $3,843,123.04 on Plaintiffs' breach of contract, breach of fiduciary duty, and conversion claims. Plaintiffs/Counter-Defendants shall take nothing on their intention

and negligent misrepresentation claims.  It is further

      ORDERED AND ADJUDGED FBMS shall take nothing on any of its claims against Innovate1 and Anthony Nwachukwu.

      This is a Final Judgment.

Dated:  March 14, 2022

                                                          Stanley Blumenfeld, Jr.
                                                          United States District Judge